IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHESRON KIA OF NEWARK, INC.,

    Plaintiff,

vs.

    Case No. C2-05-554
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

KIA MOTORS OF AMERICA,

    Defendant.

## ORDER

The United States District Court Mediator has indicated that the parties have settled this case. Accordingly, this matter is **CONDITIONALLY DISMISSED** for a period of **NINETY (90) DAYS** to permit the parties sufficient time to consummate the settlement. This case will be **ADMINISTRATIVELY CLOSED**, subject to re-opening by the filing of notice of any party.

IT IS SO ORDERED.


    July 30, 2008                          /s/ *Edmund A. Sargus, Jr.*
**DATED**                                       EDMUND A. SARGUS, JR.
                                                 UNITED STATES DISTRICT JUDGE